# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CRANDALL JAMES**                                                                              **PETITIONER**

**V.**                                                        **NO. 4:21-CV-97-DMB-DAS**

**SUNFLOWER COUNTY**
**SHERIFF, et al.**                                                       **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the "Opinion and Order" entered this day, Crandall James' petition for a writ of habeas corpus, as amended, is **DISMISSED without prejudice**.

**SO ORDERED**, this 2nd day of August, 2022.

                                                                             /s/Debra M. Brown
                                                                             **UNITED STATES DISTRICT JUDGE**